[No. 33598-4-III. Division Three. July 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN D. BEWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-00657-7, Linda G. Tompkins, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 68662-3-I. Division One. July 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALEXANDER THREADGILL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06025-6, Cheryl B. Carey, J., entered March 28, 2012. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 73347-8-I. Division One. July 11, 2016.]

JACK A. JOHNSON, *as Trustee, Appellant*, v. CLYDE E. CARLSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-02034-8, Dave Needy, J., entered March 18, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 73731-7-I. Division One. July 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALI HORRI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04082-9, Theresa B. Doyle, J., entered June 16, 2015. *Dismissed* by unpublished per curiam opinion.